COURT OF APPEALS NUMBER: Q413QQ912
TRIAL COURT CAUSE NUMBER: 2Q12 CRN 199 D1

PD-1294-15

TO: COURT OF APPEALS                          WILLIAM JOHNSON
    FOURTH COURT OF APPEALS DISTRICT          T.D.C.J. #Q1895419
    CADENA-REEVES JUSTICE CENTER              3Q6Q FM 3514
    3QQ DOLOROSA, STE. 32QQ  FILED IN MARK W. STILES UNIT
                            COURT OF CRIMINAL APPEALS BEAUMONT, TEXAS
    SAN ANTONIO, TEXAS 78285  OCT 01 2015      77705

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 29 2015

Abel Acosta, Clerk

9TH OF SEPTEMBER 2015

Abel Acosta, Clerk

MOTION FOR TIME EXTENSION

COMES NOW THE RELATOR/APPLICANTE, WILLIAM JOHNSON
#Q1895419 IN THE ABOVE STYLED AND NUMBERED
CAUSE WHOM HAS RECIEVED THE TRIAL TRANSCRIPT
AND THE NAME OF THE ATTORNEY WHOM PERFORMED
SAID ACT, PEFECTING APPEAL WITHOUT MY KNOWLEDGE
OR TYPE OF COMMUNICATION, WITH ME BEING
PRO SE AT TRIAL AND NOW WRITER OF A TIME
EXTENSION FOR P.D.R FILING, THANK YOU
FOR ANY AND ALL ASSISTANCE.

SINCERLY
JOHNSON, WILLIAM
Q1895419

TRIAL COURT CAUSE #: 2012 CRM 199 D1
APPEAL COURT #: 04 13 00912-CR

I WILLIAM JOHNSON #01895419 BEING PRESENTLY INCARCERATED AT MARK W. STILES UNIT, 3060 FM 3514, BEAUMONT, TEXAS 77705 DO DECLARE UNDER PENALTY OF PERJURY, THAT THE FORGOING IS TRUE AND CORRECT. EXECUTED ON THIS 9TH DAY OF THE MONTH OF September IN THE YEAR 2015.

RESPECTFULLY,
JOHNSON, WILLIAM
#01895419

#01895419

WILLIAM JOHNSON
#01895498
3060 FM 3514
BEAUMONT, TEXAS
77705

COURT OF APPEALS
FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
SAN ANTONIO, TEXAS 78205-3037

FILED
2015 SEP 21 P 1:27
FOURTH COURT OF APPEALS
SAN ANTONIO, TEX.
KEITH E. HOTTLE, CLERK